1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7   UNITED STATES OF AMERICA,                          Case No. 2:16-cr-00046-GMN-PAL

8                                        Plaintiff,

9        v.                                                              **ORDER**

10  CLIVEN BUNDY, et al.,                             (Mots. for Joinder – Dkt. ##459, 461)

11                                       Defendants.

12         This matter is before the Court on Defendants Gerald A. Delemus, Richard R.

13  Lovelien's Motions for Joinder (Dkt. ##459, 461) to Defendant Steven Stewart's Motion to

14  Extend Deadline to File Motion to Sever (Dkt. #450).  These Motions are referred to the

15  undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-7 of the Local Rules

16  of Practice.  To avoid serial motions on the same matter, the Court finds good cause to grant

17  the requests to join in Stewart's Motion to extend, which the Court granted on June 1, 2016.

18         Accordingly,

19         **IT IS ORDERED:** Defendants Gerald A. Delemus, Richard R. Lovelien's Motions for

20  Joinder (Dkt. ##459, 461) are GRANTED.  Defendants Delemus and Lovelien's deadline to file

21  severance motions is extended by 30 days until **June 27, 2016**.

22         Dated this 14th day of June, 2016.

23
24                                                          PEGGY A. LEEN
25                                                          UNITED STATES MAGISTRATE JUDGE
26
27
28

1