UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>CLIVEN BUNDY, et al.,<br><br>Defendants. | Case No. 2:16-cr-00046-GMN-PAL<br><br>**ORDER**<br><br>(Mots. for Joinder – Dkt. ##459, 461) |

This matter is before the Court on Defendants Gerald A. Delemus, Richard R. Lovelien's Motions for Joinder (Dkt. ##459, 461) to Defendant Steven Stewart's Motion to Extend Deadline to File Motion to Sever (Dkt. #450). These Motions are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-7 of the Local Rules of Practice. To avoid serial motions on the same matter, the Court finds good cause to grant the requests to join in Stewart's Motion to extend, which the Court granted on June 1, 2016.

Accordingly,

**IT IS ORDERED:** Defendants Gerald A. Delemus, Richard R. Lovelien's Motions for Joinder (Dkt. ##459, 461) are GRANTED. Defendants Delemus and Lovelien's deadline to file severance motions is extended by 30 days until **June 27, 2016**.

Dated this 14th day of June, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1