UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br>v.<br>CLIVEN BUNDY, et al.,<br><br>                                   Defendants. | Case No. 2:16-cr-00046-GMN-PAL<br><br>**ORDER**<br><br>(Mot. for Joinder – ECF. No. 494) |

This matter is before the court on Defendant Gerald Delemus' Motion for Joinder (ECF. No. 494) to Defendant Gregory P. Burleson's Motion to Sever (ECF. No. 493). This Motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-7 of the Local Rules of Practice. The government filed a Response (ECF. No. 512) to Burleson's Motion, which incorporated its arguments on the merits to the request for joinder. Burleson did not file a reply brief and the deadline for doing so has now passed. To avoid serial motions on the same matter, the court finds good cause to grant Delemus' request to join in Burleson's Motion.

Accordingly,

**IT IS ORDERED:** Defendants Gerald Delemus' Motions for Joinder (ECF. No. 494) is GRANTED. The government's Response (ECF. No. 512) to Defendant Gregory P. Burleson's Motion to Sever (ECF. No. 493) shall serve as its response to Delemus' joinder.

Dated this 5th day of July, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1