```
           FILED                ____ RECEIVED
           ENTERED              ____ SERVED ON
                          COUNSEL/PARTIES OF RECORD

                    NOV 1 6 2016

                  CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
           BY:                            DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:16-cr-00046-GMN-PAL-10 |
| vs. ) | |
| ) | |
| GERALD A. DELEMUS, ) | |
| ) | |
| Defendant. ) | ORDER |
| ) | |

On November 16, 2016, this Court granted defendant's motion to withdraw as attorney (doc.919).

Accordingly, IT IS HEREBY ORDERED that Dustin Marcello be APPOINTED as counsel for Gerald A. Delemus for all future proceedings.

Brian J. Smith's office shall forward the file to Mr. Marcello forthwith.

DATED this __16th__ day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE