DAYLE ELIESON
United States Attorney
STEVEN W. MYHRE
NADIA J. AHMED
DANIEL SCHIESS
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
steven.myhre@usdoj.gov
nadia.ahmed@usdoj.gov
dan.schiess@usdoj.gov

*Representing the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERALD A. DELEMUS,<br><br>Defendant. | 2:16-CR-00046-GMN-PAL<br><br>**STIPULATION TO CONTINUE DEADLINE FOR GOVERNMENT TO RESPOND TO DEFENDANT'S MOTION TO REHEAR OR RECONSIDER MOTION TO WITHDRAW GUILTY PLEA OR IN THE ALTERNATIVE MOTION TO APPOINT COUNSEL TO PURSUE A PETITION UNDER 28 U.S.C.S. §2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY [ECF No. 3287]** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States, by and through the undersigned, and Dustin Marcello, counsel for defendant GERALD DELEMUS, that the government's deadline to file a response to Defendant's Motion to Rehear or Reconsider Motion to Withdraw Guilty Plea or in the Alternative Motion to Appoint Counsel to Pursue a Petition Under 28 U.S.C.

§ 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 3287), currently set on July 27, 2018, be continued for a period of thirty (30) days.

This stipulation is entered for the following reasons:

1. Counsel for the United States has been and currently is out of the district for several weeks. Consequently, additional time is needed for the United States to adequately file its response to the Defendant's motion.

2. The parties agree to the continuance.

3. The Defendant is in custody but does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

///

///

///

///

///

///

///

///

///

///

///

**WHEREFORE,** the parties respectfully request that the Court accept the Stipulation and enter an Order as set forth below, continuing the government's response deadline to the Defendant's Motion to Rehear or Reconsider Motion to Withdraw Guilty Plea or in the Alternative Motion to Appoint Counsel to Pursue a Petition Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody by a period of thirty (30) days.

**DATED** this 26th day of July, 2018.

Respectfully submitted,

// s //  
STEVEN W. MYHRE  
Assistant United States Attorney  
Counsel for the United States

// s //  
DUSTIN MARCELLO  
Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:16-CR-00046-GMN-PAL |
| v. | **ORDER ON STIPULATION** |
| GERALD A. DELEMUS, | |
| Defendant. | |

This matter coming before the Court on Stipulation to Extend Time for the Government to Respond to Defendant's Motion to Rehear or Reconsider Motion to Withdraw Guilty Plea or in the Alternative Motion to Appoint Counsel to Pursue a Petition Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 3287), the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

**WHEREFORE, IT IS HEREBY ORDERED** that the deadline for the Government's response to Defendant's Motion to Withdraw Plea, currently set on July 27, 2018, shall be continued to ___August 27, 2018___.

_____
Gloria M. Navarro, Chief Judge
United States District Court

IT IS SO ORDERED.

Entered: ___July 30, 2018___