# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

GERALD DELEMUS,

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cr-00046-GMN-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered denying 2255 Motion and denying Certificate of Appealability

July 12, 2019
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk