**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:16-cr-00046-GMN-NJK |
| vs. | ) | |
| | ) | **ORDER** |
| GERALD DELEMUS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On April 16, 2020, the Chief Judge for the District of Nevada issued General Order 2020-06, which directed the Federal Public Defender ("FPD") to determine an individual's eligibility to file a motion for compassionate release under the First Step Act. General Order 2020-06 also directed the FPD to consider prohibitive conflicts of interest in representing an individual on such motions.

On May 19, 2020, Assistant Federal Public Defender Andrew Wong filed a Notice of Conflict, (ECF No. 3496), indicating there is a prohibitive conflict that precludes the FPD from ethically determining Defendant Gerald Delemus's eligibility to seek compassionate release. The FPD therefore asks the Court "to appoint CJA counsel to review his motion for eligibility, and if his motion is not frivolous, to assist Mr. Delemus in the filing a [sic] motion for compassionate release." (Not. Conflict at 2, ECF No. 3496).

Accordingly,

**IT IS HEREBY ORDERED** that this case be referred to the CJA Appointment Clerk at the Federal Public Defender's Office for the appointment of CJA counsel.

///

///

**IT IS FURTHER ORDERED** that CJA counsel shall have 21 days from the date of appointment to file a motion for compassionate release if such a motion is not expected to be frivolous.  The Government shall have 14 days thereafter to file its response.

**DATED** this  19   day of May, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court